# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Case No. 3:15-cr-90
Related Case No. 3:22-cv-181

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>**Michael Adefemi Adeyemo**,<br><br>  Defendant. | **MOTION TO WITHDRAW MOTION TO AMEND ORDER** |

Michael Adeyemo, through counsel, respectfully moves to withdraw the Motion to Amend Order he filed on August 28, 2025.[1] He also asks that all other orders and rulings previously made by the Court remain in full effect and force.

Dated: September 4, 2025

Respectfully submitted,

*/s/ Dane DeKrey*

Dane DeKrey (#09524)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560-0853
(218) 284-04848
dane@ringstromdekrey.com

---

[1] Doc. 285.