## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

**Case No. 3:15-cr-90**
**Related Case No. 3:22-cv-181**

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>**Michael Adefemi Adeyemo**,<br><br>                    Defendant. | **MOTION FOR STATUS CONFERENCE HEARING** |

On September 5, 2025, Ron Hettich filed a petition for a writ of mandamus at the Eighth Circuit, asking that it to reverse the Court's August 19th order requiring Hettich to produce certain documents related to Michael Adeyemo's 2255 challenge.[1] On September 10th, the Eighth Circuit sua sponte directed Judge Welte to file a response to Hettich's petition.[2]

Given that the Eighth Circuit put no deadline on Judge Welte's response, and given Hettich will likely be given an opportunity to reply to Judge Welte's response, Michael's counsel is concerned the resolution of the writ may not be completed before

---

[1] *In re: Ronald Hettich*, No. 25-2744, Doc. 1 (8th Cir. Sept. 5, 2025).

[2] *Id.* at Doc. 2, at 1 (8th Cir. Sept. 10, 2025).

the evidentiary hearing currently scheduled for October 16th.[3] But instead of simply filing a continuance request, counsel believes a status conference is the better option. There, the parties can interface with the Court about the procedural aspects of the writ (leaving the substance to the Eighth Circuit) and the interplay between the writ and the possible need for a continuance of the October 16th evidentiary hearing.

For this reason, Michael Adeyemo, through counsel, requests that the Court schedule an in-person status conference at the next available date on its calendar.

Date: September 18, 2025

Respectfully submitted,

_____
Dane DeKrey (#09524)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560-0853
(218) 284-04848
dane@ringstromdekrey.com

---

[3] Doc. 284.