IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHs DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ADEFEMI ADEYEMO, a/k/a ADEKUNLE OLUFEMI ADETILOYE<br><br>Defendant. | Case Nos. 3:15-cr-00090; 3:22-cv-00181<br><br>**UNITED STATES' RESPONSE TO STATUS CONFERENCE REQUEST** |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Megan A. Healy, Assistant United States Attorney, hereby responds to defendant Michael Adefemi Adeyemo's request for a status conference.

The United States appreciates and shares Adeyemo's counsel's desire for clarity as to the October 16, 2025, evidentiary hearing. Rather than convening a status conference, which would tie up the limited time and resources of the Court and counsel, the United States suggests the district court remove the October 16, 2025, hearing from the calendar and reset the hearing at the earliest convenient date after the United States Court of Appeals for the Eighth Circuit resolves Mr. Hettich's pending petition for a writ of mandamus. *In re Ronald Hettich*, No. 25-2744 (8th Cir.). The United States believes this is the appropriate course of action for the following reasons.

First, as a practical matter, the discovery question at the center of Mr. Hettich's mandamus petition needs to be resolved before the evidentiary hearing can proceed. The

United States is aware that, since Mr. Hettich filed the mandamus petition, the Court has presided over a six-day trial involving a pro se defendant, followed by days of hearings. The Eighth Circuit's request for this Court's response to the mandamus petition did not set a deadline. There is no need for the upcoming evidentiary hearing to function as an arbitrary deadline for this Court's response, given the length of time Adeyemo's motion under 28 U.S.C. § 2255 has been pending. Moreover, even if this Court submitted its response expeditiously, it is not possible to know when the Eighth Circuit will rule on Mr. Hettich's petition.

For these reasons, it is prudent to remove the October 16, 2025, hearing from this Court's calendar to afford sufficient time for the appellate process to conclude. Doing so will provide certainty both for the Court's calendar and for the parties.

Second, the undersigned would appreciate clarity as to the October 16, 2025, evidentiary hearing as soon as practicable for the additional reason that she has three Eighth Circuit oral arguments scheduled for the following week in St. Paul. *See United States v. Marcellais*, No. 24-3441 (8th Cir.) (set for argument Oct. 22, 2025); *United States v. Morgan-Derosier*, No. 24-2204 (8th Cir.) (set for argument Oct. 24, 2025); and *United States v. Hardy*, No. 24-3460 (8th Cir.) (set for argument Oct. 24, 2025). In additional, as the Appellate Chief for the U.S. Attorney's Office, she is responsible for assisting her colleagues to prepare for three additional oral arguments scheduled for that week. *United States v. Opdahl*, No. 24-2713 (8th Cir.) (set for argument Oct. 21,2025); *United States v. Howard*, No. 24-2912 (8th Cir.) (set for argument Oct. 21, 2025); and *United States v. Sam*, No. 25-1136 (8th Cir.) (set for argument Oct. 21, 2025). These

responsibilities include arranging and participating in moot arguments, most of which will be held the week of October 13.

Date:  September 22, 2025

                                        JENNIFER KLEMETSRUD PUHL
                                        Acting United States Attorney

By:    /s/ *Megan A. Healy*
         MEGAN A. HEALY
         Assistant United States Attorney
         Minnesota Bar No. 0387810
         655 First Avenue North, Suite 250
         Fargo, ND  58102-4932
         (701) 297-7400
         megan.healy@usdoj.gov
         Attorney for United States