IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ADEFEMI ADEYEMO, a/k/a ADEKUNLE OLUFEMI ADETILOYE<br><br>Defendant. | Case Nos. 3:15-cr-00090; 3:22-cv-00181<br><br>**JOINT MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING** |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Megan A. Healy and Jenny M. Samarzja, Assistant United States Attorneys, and Wm Dane DeKrey, attorney for Mr. Adeyemo, hereby jointly move the Court for a continuance of the evidentiary hearing currently scheduled for October 16, 2025.

On October 7, 2025, the United States Court of Appeals for the Eighth Circuit denied Mr. Hettich's petition for a writ of mandamus. *In re: Ronald Hettich*, No. 25-2744 (8th Cir.). At this juncture, the Court's order granting Adeyemo's motion to compel discovery is again operative. Doc. 283. Mr. Hettich now has two options to comply with this Court's order. Given the compressed timeline, the parties jointly request the Court (1) remove the October 16, 2025, evidentiary hearing from the calendar; (2) set a date for Mr. Hettich to comply with the Court's order; and (3) reset the evidentiary hearing for a date in the near term, as the Court's calendar permits.

Further, also on October 7, 2025, the United States Senate confirmed the prosecutor in this case, Nicholas W. Chase, as the U.S. Attorney for the District of North Dakota. Mr. Chase will assume that office in the coming days. As the Court is aware, Mr. Chase prosecuted Mr. Adeyemo in this case. The undersigned Assistant United States Attorneys have not discussed with Mr. Chase whether he wishes to participate in the evidentiary hearing. They would, however, appreciate the Court resetting the matter to a later date to afford Mr. Chase an opportunity to make that decision. The undersigned Assistant United States Attorneys did not raise this question before Mr. Chase was confirmed because the work of the Department of Justice proceeds irrespective of the status of political nominees and the confirmation timeline is unpredictable.

Finally, the Department of Justice has directed U.S. Attorney's Offices to request stays in civil matters pending the resolution of the current lapse in appropriations. Although arising from a criminal action, a proceeding under 28 U.S.C. § 2255 is civil in nature. For that additional reason, the undersigned Assistant United States Attorneys request the Court grant this joint motion.

Given the combination of these highly unusual circumstances, the parties jointly request the Court (1) remove the October 16, 2025, evidentiary hearing from the calendar; (2) set a date for Mr. Hettich to comply with the Court's order; and (3) reset the evidentiary hearing.

Date:  October 8, 2025

                        JENNIFER KLEMETSRUD PUHL
                        Acting United States Attorney

By:   /s/ *Megan A. Healy*
        MEGAN A. HEALY
        Assistant United States Attorney
        Minnesota Bar No. 0387810
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        megan.healy@usdoj.gov
        Attorney for United States

By:   */s/ Jenny Samarzja*
        JENNY M. SAMARZJA
        Assistant United States Attorney
        ND Bar ID 05951
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        jenny.samarzja@usdoj.gov
        Attorney for United States

By:   _____
        Dane DeKrey (#09524)
        **RINGTSROM DEKREY PLLP**
        814 Center Avenue, Suite 5
        Moorhead, MN  56560
        (218) 284-0484
        dane@ringstromdekrey.com