IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| Michael Adefemi Adeyemo, | ) | |
| | ) | **ORDER** |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | Case No. 3:22-cv-181 |
| | ) | |
| Respondent. | ) | |

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Adefemi Adeyemo, | ) | Case No. 3:15-cr-90(1) |
| | ) | |
| Defendant. | ) | |

An evidentiary hearing is set in this case for October 16, 2025. The parties jointly move to continue the hearing. Doc. 292. The motion (Doc. 292) is **GRANTED**. The Court will work with counsel to reset the evidentiary hearing.

As to the Court's prior order regarding discovery (Doc. 283), Mr. Hettich has twenty-one (21) days from the date of this order to comply with the terms of that order. Given the above, Adeyemo's motion for a status conference (Doc. 287) is **MOOT**. Adeyemo's motion to withdraw his motion to amend or correct (Doc. 286) is **GRANTED**.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2025.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court